### CASE OF MOSES HARVEY, MEMBER FROM MONTAGUE.

A member convicted of sedition, and sentenced to an ignominious punishment,
expelled.

A MEMORIAL was presented at the January session against
Moses Harvey, the member from Montague. The committee
to whom the same was referred reported as follows :—

" Whereas Moses Harvey, representative of the town of
Montague, stands convicted upon indictments for sedition, and
for which he is sentenced to an ignominious punishment by the
supreme judicial court, holden at Northampton, within and for
the county of Hampshire :

Ordered, That the said Moses Harvey be, and he hereby is,
expelled."

The report was read and agreed to, and it was ordered ac-
cordingly.

---

### CASE OF ELBRIDGE GERRY, MEMBER FROM MARBLEHEAD.

The removal of a member, from the town for which he is elected, to another town within
the state, does not disqualify him from holding his seat for the residue of the term.

A LETTER was received from Elbridge Gerry, Esq., one of
the representatives from Marblehead, stating that he had re-
moved to Cambridge, and requesting the opinion of the house,
whether his removal was a " disqualifying circumstance." The
communication was referred to a committee, who reported,
" that, having examined the constitution, they can find nothing
in the same incompatible with the said Gerry's serving the
town of Marblehead, as their representative, the remainder
of the present year, his having removed to Cambridge not-
withstanding." The report was agreed to.[1]

[1] 7 J. H. 195.